# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

HomeWell Franchising, Inc.
Plaintiff

v.

7:24-cv-00101-O
Civil Action No.

Evanston Insurance Company
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

HomeWell Franchising, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Evanston Insurance Company
HomeWell Franchising, Inc.
Haase Holdings, LLC
Bruce Haase
Geoga Group, LLC
Doug Geoga

| | |
|---|---|
| Date: | July 17, 2024 |
| Signature: | /s/ Natalie DuBose |
| Print Name: | Natalie DuBose |
| Bar Number: | 24077481 |
| Address: | 2801 N. Harwood St., Ste 2300 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214.651.5000 |
| Fax: | 214.651.5940 |
| E-Mail: | natalie.dubose@haynesboone.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.