IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| HOMEWELL FRANCHISING, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-CV-00101-O |
| | § | |
| EVANSTON INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Court **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 15).

2. Plaintiff's claims are **DISMISSED with prejudice**.

3. The Court **DECLARES** that Defendant has no duty to defend Plaintiff in the Underlying Lawsuit.

**SO ORDERED** on this **5th day** of **August, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1